J-A25010-24

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| LINDA WATMUFF | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| GREYSTAR WORLDWIDE, LLC, | : | No. 2256 EDA 2023 |
| VALLEYBROOK AT CHADDS FORD | : | |
| APARTMENTS, GLACIER/CHADDS | : | |
| FORD APARTMENTS, INC., CH | : | |
| REALTY VIII/MF PHILADELPHIA | : | |
| VALLEYBROOK, LLC, SERVPRO OF | : | |
| SOUTHERN DELAWARE COUNTY, | : | |
| INC. | | |

Appeal from the Order Entered August 10, 2023
In the Court of Common Pleas of Philadelphia County Civil Division at
No(s): 220600169

BEFORE: OLSON, J., DUBOW, J., and SULLIVAN, J.

MEMORANDUM BY OLSON, J.: **FILED MARCH 21, 2025**

Appellant, Linda Watmuff, appeals from the order entered on August 10, 2023. We affirm.

The trial court ably summarized the underlying facts and procedural posture of this case:

> On June 2, 2022, [Appellant] commenced the instant action against Defendants Greystar Worldwide, LLC,[fn.1] Valleybrook at Chadds Ford Apartments, Glacier/Chadds Ford Apartments, Inc., CH Realty VIII/MF Philadelphia Valleybrook, LLC, and ServePro of Southern Delaware County, Inc. via writ of summons and subsequently filed a Complaint on September 8, 2022. In response to objections filed by Defendants, [Appellant] filed an Amended Complaint on November 16, 2022, a Second Amended Complaint on

December 19, 2022, a Third Amended Complaint on January 26, 2023, a Fourth Amended Complaint on March 3, 2023, and a Fifth Amended Complaint on May 15, 2023.

> [fn.1] The entry of appearance and subsequent pleadings of Defendant indicate that the proper entity is GREP Atlantic, LLC, incorrectly identified as Greystar Worldwide, LLC.

The Fifth Amended Complaint set forth claims of breach of contract and negligence stemming from mold issues in [Appellant's] residence at 7100 Johnson Farm Lane, Chadds Ford, Pennsylvania. [Appellant] is a resident of Delaware County, Pennsylvania and the at-issue event occurred at [Appellant's] apartment in Delaware County. Defendants Valleybrook at Chadds Ford Apartments, Glacier/Chadds Ford Apartments, Inc., and ServPro's respective principal places of business are all located in Delaware County. Defendant GREP Atlantic, LLC (incorrectly identified as Greystar Worldwide, LLC) is a Delaware limited liability company with a registered address in Harrisburg, Pennsylvania in Dauphin County.

Defendant CH Realty VIII/MF Philadelphia Valleybrook, LLC subsequently filed Preliminary Objections challenging venue on June 5, 2023. On June 21, 2023, Defendant CH Realty VIII/MF Philadelphia Valleybrook, LLC also filed a Motion for Sanctions, citing [Appellant's] repeated *de minimis* amendments leading to a Fifth Amended Complaint which never addressed the continued objections to improper venue nor the issue of GREP Atlantic, LLC being the proper party to the litigation, instead of Greystar Worldwide, LLC.

On June 29, 2023, [the trial court] issued a Rule to Show Cause under [Pa.R.C.P] 206.7 scheduling a hearing on the Preliminary Objections for August 9, 2023. On July 21, 2023, [the trial court] issued an Order directing the parties to address the request for sanctions at the hearing on August 9, 2023. On August 8, 2023, Defendant GREP Atlantic, LLC (incorrectly identified as Greystar Worldwide, LLC) also filed Preliminary Objections challenging venue. On August 9, 2023, [the trial court] conducted a hearing and issued an Order sustaining Defendant CH Realty VIII/MF Philadelphia Valleybrook, LLC's Preliminary Objections and transferring

the matter to Delaware County. By separate Order, [the trial court] denied the request for sanctions.

On August 15, 2023, [Appellant] filed a Motion for Reconsideration, to which Defendants CH Realty VIII/MF Philadelphia Valleybrook, LLC and GREP Atlantic, LLC (incorrectly identified as Greystar Worldwide, LLC) filed their respective oppositions on August 25, 2023 and September 5, 2023.

Trial Court Opinion, 12/8/23, at 1-3 (some footnotes omitted).

Appellant filed a timely notice of appeal. She raises three claims to this Court:

[1.] Did the trial court err as a matter of law in sustaining the Defendant, CH Realty's preliminary objections, and dismissing Defendant, Greystar Worldwide, LLC from this matter?

[2.] Did the trial court err as a matter of law in sustaining the Defendant, CH Realty's preliminary objections, and transferring the venue of this matter from Philadelphia County to Delaware County?

[3.] Did the trial court commit an abuse of discretion in sustaining the Defendant, CH Realty's preliminary objections, and dismissing Defendant, Greystar Worldwide, LLC [] from this matter, and transferring the venue of this matter?

Appellant's Brief at 4 (some capitalization omitted).

We have reviewed the briefs of the parties, the relevant law, the certified record, and the opinion of the able trial court judge, the Honorable Linda Carpenter. We conclude that Appellant is not entitled to relief in this case, for the reasons expressed in Judge Carpenter's December 8, 2023 opinion. Therefore, we affirm on the basis of Judge Carpenter's able opinion and adopt it as our own. In any future filing with this or any other court addressing this

ruling, the filing party shall attach a copy of Judge Carpenter's December 8, 2023 opinion.

Order affirmed. Jurisdiction relinquished.

Judgment Entered.

*Benjamin D. Kohler*

Benjamin D. Kohler, Esq.
Prothonotary

Date: 3/21/2025